UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 05-mbd-10335 RCL

IN RE: HEIDI K. ERICKSON
*Plaintiff*

NOTICE OF APPEAL

TOWN OF PLYMOUTH POLICE DEPARTMENT
AND ANIMAL CONTROL, *ET. AL.*
*Defendants*

1) Plaintiff Erickson files this her notice of appeal from a denial on her Motion for Leave to File Complaint, denied by Judge Lindsey on 9/14/05.

2) Judge Lindsey's denial and subsequent deprivation of access to this Honorable Court and deprivation of due process rights guaranteed to Erickson by the US Constitution shocks the conscious and requires remand to a District Court that is not neighbors with Judge Lindsey a District Court of the D.C. Circuit or one with much less close proximity to Judge Lindsey.

3) With this filing Plaintiff, Petitioner requests that this Honorable Court waive the fees necessary to commence this Appeal and relies upon her filed Verified Motion To Proceed *In Forma Pauperis* appended hereto.

4) In addition Petitioner requests that this Honorable Court assemble the records in its entirety.

Respectfully submitted:

Heidi K. Erickson, *pro se*
9/16/05

By signature herein I attest to the facts herein as true under the pains and penalties of perjury.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED IN CLERK'S OFFICE
DATE: 9/6/05

CIVIL ACTION NO 05-mc-

IN RE: HEIDI K. ERICKSON
Petitioner

PETITION FOR LEAVE
05-mc-10335

I, Heidi K. Erickson do depose and attest the following under oath:

I have been ordered by Judge Woodlock to seek extra ordinary permission to file a Complaint in this District Court of the United States pursuant to his Orders issued May 4th, 2004. (See attached).

In said Orders I am to attest that this new Complaint is filed in good faith and to this I attest that this Complaint seeks to claim relief and compensation for damages and violations of the federal laws under Title II of the Americans with Disabilities Act and for retaliation for seeking relief and filing of complaints as set forth in my Complaint and request for Preliminary Injunction and relief attached hereto.

I also add that Judge Woodlock made gross errors in his Orders and findings especially in the Orders, and written decision of which I have been denied appropriate relief there from.

Included in Judge Woodlock's errors that he denied me my right for fair and unbiased review a decision that made to inflame a reasonable man upon reading and an opinion that has never been made without support. Judge Woodlock's opinion that because I have spent in excess of $1600.00 (on rehabilitation of a rental unit where the landlord had excepted me as its tenant and allowed me to move in where others had not, then were enriched by such amount that included thousands of dollars worth of labor performed by myself) Judge Woodlock only assumed and had no facts to support his allegations I had not been indigent at the time of filing the Complaint or for that matter at any time thereafter (see Motion to Clarify filed in *Erickson v Somers* and/or *Erickson v Cambridge Housing Authority*) for Judge Woodlock to question my veracity and require others to do so upon review of filing Complaints – downright unjust and a pretext to discrimination against a protected class combined to deprive me of my rights to access this Federal District Court and defame my character, reputation and good name.

With all the above I file this Petition seeking permission to file my Complaint as attached hereto.

I attest to the facts hereinabove as true under the pains and penalties of perjury.

Respectfully submitted by:

Heidi K. Erickson
Petitioner, pro se
September 6th, 2005

18