UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: HEIDI ERICKSON         )
                              )   MBD NO.   05-mc-10329-RCL
                              )
                              )   MBD NO.   05-mc-10335-RCL

**ORDER ON MOTIONS FOR LEAVE TO FILE APPEAL *IN FORMA PAUPERIS***

LINDSAY, D.J.

On September 6, 2005, Heidi Erickson, an enjoined litigant in this Court, filed two Motions for Leave to File a New Case, accompanied by Applications to Proceed *in forma pauperis* and copies of Judge Woodlock's Order of Enjoinment indicating the prerequisites for filing pleadings in this Court. Such filings were made by Heidi Erickson in compliance with that Order, and the matters were assigned separate Miscellaneous Business Docket numbers, as M.B.D. No. 05-10329-RCL and M.B.D. 05-10335-RCL.

Subsequently, upon review of the submissions, this Court denied Plaintiff's Motion for Leave to File a Complaint in both cases.

On September 19, 2005, Heidi Erickson filed a Notice of Appeal of the denial, along with an Application to Proceed *in forma pauperis* on appeal. Upon review of the Application, indicating that she in unemployed, has no assets or income apart from $303 per month she receives in Emergency Aid to Disabled Persons, a Massachusetts based federal program, and a 1974 Dodge Off Road vehicle, this Court finds she has demonstrated

sufficiently that she is without sufficient assets to pay the $255.00 appellate filing fee in each case.

Accordingly, Plaintiff's Motions for Leave to Proceed *in forma pauperis* on appeal in both M.B.D. No. 05-10329-RCL and M.B.D. 05-10335-RCL are Allowed.

DATE: 9/20/05

REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE