**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USCA Docket Number:

USDC Docket Number : 05-mc-10335

Heidi Erickson

v.

Town of Plymouth Police Department and Animal Control, et al

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/19/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 28, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/29/05.

*[signature]* Barchard
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-mc-10335-RCL

In Re: Heidi K. Erickson
Assigned to: Judge Reginald C. Lindsay

Date Filed: 09/06/2005

**Petitioner**

**Pro Se Party Heidi K. Erickson**

represented by **Heidi K. Erickson**
Harvard Postal Station
Box 0444
Cambridge, MA 02238-0444
617-319-4000
Fax: 617-846-2288
Email: heidi@heidi-erickson.us
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2005 | 1 | MOTION for Leave to File complaint by Heidi K. Erickson. (Attachments: # 1 Attachment)(Catino3, Theresa) (Entered: 09/14/2005) |
| 09/14/2005 |  | Judge Reginald C. Lindsay : endorsedORDER entered denying 1 Motion for Leave to File a complaint (against Town of Plymouth Police Department and Animal Control, et al) (Catino3, Theresa) (Entered: 09/14/2005) |
| 09/19/2005 | 2 | MOTION for Leave to Proceed in forma pauperis by Heidi K. Erickson.(York, Steve) (Entered: 09/19/2005) |
| 09/19/2005 | 3 | NOTICE OF APPEAL by Heidi K. Erickson. $ 255 |

|  |  | NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/11/2005. (York, Steve) (Entered: 09/19/2005) |
|---|---|---|
| 09/20/2005 | 4 | Judge Reginald C. Lindsay : ORDER entered on Motion for Leave to file Appeal in Forma Pauperis (York, Steve) (Entered: 09/21/2005) |