05-10335
USDC-MABo
J. Lindsay

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2463

IN RE: HEIDI K. ERICKSON,

Petitioner, Appellant.

Before

Boudin, Chief Judge,
Selya, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered:  January 17, 2007

According to plaintiff's complaint, some of the officers climbed on the roof of her locked trailer home in her absence and peered in while investigating an animal abuse or endangerment complaint.    Although it might be debatable whether exigent circumstances justified this warrantless but very limited intrusion, it is not remotely apparent how a defense of qualified immunity could be overcome.    Thus, the district court was not obligated to authorize the filing.

Affirmed.

Certified and issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/9/67

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

[cc: Heidi  Erickson ]